1  MCGREEGOR W. SCOTT
   United States Attorney
2  Seth R. Deam, Captain
   Special Assistant U.S. Attorney
3  1. S. Rosamond Blvd.
   Edwards, California 93524
4  Telephone (661) 277-8120

5

6

7           IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,    )
                                )
10           Plaintiff,          )   CASE NO: 5:07 MJ-00033 TAG
                                )
11     vs.                       )   Date:
                                )   Time:
12 TERII A. DIONNE,              )   Honorable THERESA A.
                                )   GOLDNER
13           Defendant.          )
                                )   STIPULATION OF PARTIES AND
14                               )   ORDER THEREON

15

16      Attorney John Michael Medicis for the defendant and Captain

17 Seth R. Deam for the United States District Court for the Eastern

18 District of California, hereby stipulate and agree that the Court

19 may re-order the defendant, Terii A. Dionne to enroll in and

20 complete the first offender alcohol program. The defendant is

21 ordered to enroll within 21 days of the date this order is signed

22 by the Magistrate.

23      THEREFORE, GOOD CAUSE APPEARING, and based on the

24 stipulation and agreement of the government attorney and the

25 attorney for the defendant the Court hereby orders, that the

26 defendant enroll in, within 21 days of the signing of this order,

27 and thereafter complete the first offender alcohol program.

28 //////

                                  1
   _____

Defendant acknowledges that she has been charged and convicted as follows: Count one; California Vehicle Code §23152(b) Driving Under the Influence as assimilated by 18 United States Code Section 13.

SO STIPULATED:

Dated: 7/18/08          /S/ John Michael Medicis
                        John Michael Medicis
                        Attorney for defendant

Dated: 7/18/08          /S/ Seth R. Deam, Captain
                        Seth R. Deam, Captain
                        Special Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  **August 13, 2008**              **/s/ Theresa A. Goldner**
                                         UNITED STATES MAGISTRATE JUDGE

2