1  MCGREEGOR W. SCOTT
   United States Attorney
2  Seth R. Deam, Captain
   Special Assistant U.S. Attorney
3  1. S. Rosamond Blvd.
   Edwards, California 93524
4  Telephone (661) 277-8120

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )
        Plaintiff,                )   CASE NO: 5:07 MJ-00033 TAG
                                  )
    vs.                           )   Date: 10/9/08
                                  )   Time: 9:00 a.m.
TERII A. DIONNE,                  )   Honorable THERESA A.
                                  )   GOLDNER
        Defendant.                )
                                  )   STIPULATION & ORDER FOR
                                  )   EXTENSION OF TIME

Attorney John Michael Medicis for the defendant and Captain Seth R. Deam for the United States District Court for the Eastern District of California, hereby stipulate and agree that the Court may order the defendant, Terii A. Dionne be granted an extension of time until January 20, 2009 to complete her Court ordered first offender alcohol program.

//////

Defendant acknowledges that she has been charged and convicted as follows: Count one; California Vehicle Code §23152(b) Driving Under the Influence as assimilated by 18 United States Code 12 (U.S.C.).

1

```
 1 | SO STIPULATED:
 2 |
 3 | Dated: 10-9-08
 4 |                                    John Michael Medicis
 5 |                                    Attorney for defendant
   | Dated: 3 OCT 08
 6 |                                    Seth R. Deam, Captain
 7 | IT IS SO ORDERED:                  Special Assistant U.S. Attorney
 8 | Dated: October 9, 2008
 9 |
10 |                                    The Honorable Theresa A. Goldner
```

2